| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOHN PAUL REICHMUTH |
| | Assistant Federal Public Defender |
| 3 | 555 12th St. Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | Telephone: (510) 637-3500 |
| 5 | Counsel for TRACEY WALKER |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR-05-0581-CRB |
| Plaintiff, | ) | |
| | ) | AMENDED [PROPOSED] ORDER TO |
| v. | ) | CONTINUE JUDGMENT AND |
| | ) | SENTENCING; |
| TRACEY WALKER, | ) | Date: June 21, 2006 |
| | ) | Time: 2:15 p.m |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon stipulation of the parties to the above-entitled matter and good cause appearing,

IT IS HEREBY ORDERED that the SENTENCING HEARING date of June 21, 2006, presently scheduled at 2:15 p.m., before the Honorable Charles R. Breyer, be vacated and re-set for 10:00 a.m.
July 19, 2006, at ~~2:15~~ p.m.

DATED: June 2, 2006

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer (signed/stamped)*

- 1 -