# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | Docket Number: CR 05-00581-1 CRB |
| | ) | |
| Tracey Walker | ) | |
| | ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ July 19, 2006 _____ be continued until _____ August 9, 2006 _____ at _____ 2:15 p.m. _____ .

Date: June 21, 2006

Charles R. Breyer
United States District Judge

NDC-PSR-009 12/06/04

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| vs. | ) | Docket Number: CR 05-00581-1 CRB |
| Tracey Walker | ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ July 19, 2006 _____ be continued until _____ August 9, 2006 _____ at _____ 2:15 p.m. _____ .

Date: June 21, 2006

_[signature]_
Charles R. Breyer
United States District Judge

NDC-PSR-009 12/06/04