1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for TRACEY WALKER

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,            )
11                                      )   CR-05-0581-CRB
                    Plaintiff,          )
12                                      )   [PROPOSED] ORDER
           v.                           )
13                                      )
   TRACEY WALKER,                       )
14                                      )
                    Defendant.          )
15 ―――――――――――――――――――――――――――――――――――― )

16 ____ Good cause appearing therefore, and based on the stipulation of the parties filed herewith, it is

17 hereby ORDERED that Mr. Walker surrender to the United States Marshal for this District at 2:00

18 p.m. on January 3, 2007, or surrender before 2:00 p.m. on January 3, 2007 for service of sentence at

19 the institution designated by the Bureau of Prisons, as notified by the United States Marshal.

20

21

22 Dated: October 30, 2006

23                                              _____
                                                HON. CHARLES R. BREYER
24                                              UNITED STATES DISTRICT JUDGE

25

26

*IT IS SO ORDERED — Judge Charles R. Breyer*

- 1 -